UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MANUFACTURING LLC,<br><br>Defendant. | Case No.:  23-CV-1459-CAB-AHG<br><br>**ORDER GRANTING PARTIES'<br>JOINT MOTION TO DISMISS**<br><br>[ECF No. 59] |

Upon consideration of the parties' joint motion to dismiss the remaining claims in the Second Amended Complaint and Defendant's counterclaims [ECF No. 58], it is hereby **ORDERED** that the motion is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is further **ORDERED** that:

1.  The Third, Fourth, and Fifth claims for relief in Plaintiff's Second Amended Complaint [ECF No. 21] are **DISMISSED WITH PREJUDICE**; and

2.  Counts One and Two of Defendant's counterclaims [ECF No. 23] are **DISMISSED WITHOUT PREJUDICE**.

The parties have informed the Court that their joint motion is not intended to impact any pleaded claims, pleaded defenses, or unrelated claims which may be available to either of them in Case No. 37-2023-00042062-CUBT-CTL (pending in the Superior Court of California for the County of San Diego).  The parties have further notified the Court that neither party considers itself to be a prevailing party in this action.

///

1

23-CV-1459-CAB-AHG

As there are no remaining claims or counterclaims, this case is **DISMISSED**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated: August 21, 2024

Hon. Cathy Ann Bencivengo
United States District Judge

23-CV-1459-CAB-AHG